**Order entered April 8, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00161-CV

## IN THE INTEREST OF P.Z.F., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-18-00558-X**

## ORDER

The reporter's record in this accelerated parental termination case has not been filed because it has not been requested. Accordingly, we **ORDER** appellant to file, no later than April 13, 2021, written verification the record has been requested.

We caution appellant that failure to file the requested verification may result in the appeal being submitted without it. *See* TEX. R. APP. P. 37.3(c).

/s/     ERIN A. NOWELL
         JUSTICE